1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 LORENZO DOMINGUEZ, | Case No. 14-cv-05535-RS |
| 11 Plaintiff, | |
| v. | **ORDER DIRECTING ISSUANCE AND** |
| 12 | **SERVICE OF SUMMONS** |
| CAROLYN W. COLVIN, | |
| 13 | |
| Defendant. | |
| 14 | |

15

16       Plaintiff's application to proceed *in forma pauperis* was granted previously.  As the

17 complaint complies with 28 U.S.C. § 1915, it is hereby ordered that the Clerk issue summons and

18 that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a

19 copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit, and

20 this order upon the defendant.

21

22 **IT IS SO ORDERED**.

23

24 Dated: July 7, 2015

25

26 RICHARD SEEBORG
   United States District Judge

27

28

United States District Court
Northern District of California